FRANZ MERZ, Respondent, *v.* INTERIOR CONDUIT AND INSULATION COMPANY et al., Appellants.

*Merz* v. *Interior C. & I. Co.*, 87 Hun, 430, appeal dismissed.
(Argued November 30, 1896; decided December 15, 1896.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered June 18, 1895, which reversed an order of Special Term vacating an injunction and continued the injunction.

*Eugene H. Lewis* for appellants.

*David Gerber* and *A. J. Dittenhoefer* for respondent

Appeal dismissed, with costs; no opinion.
All concur.